**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARTINA CLARK,

    Plaintiff,

v.                                                   Case No:   6:23-cv-1189-RBD-LHP

TARGET CORPORATION,

    Defendant

---

### ORDER

This matter comes before the Court on review of the Joint Notice of Agreed Amount regarding Defendant's share of the mediator fee to be paid by Plaintiff pursuant to the Court's October 21, 2024 Order.  Doc. No. 57; *see* Doc. No. 55. Based thereon, it is **ORDERED** that Plaintiff shall reimburse Defendant the $595.00 in mediation fees within **fourteen (14) days** of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on October 29, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -