## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARTINA CLARK,

    Plaintiff,

v.                                        Case No:  6:23-cv-1189-RBD-LHP

TARGET CORPORATION,

    Defendant.

_____

### ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on November 27, 2024 (Doc. 64), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 5, 2024.

ROY B. DALTON, JR.
United States District Judge